UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.  CV-14-9538-R                                Date: March 27, 2015

Title:  MARTIN VOGEL - V.- GOLDEN TACO, INC., et al.

================================================================

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

Christine Chung                              None Present
Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**Pursuant to the parties' Joint Stipulation to Dismiss Case, this case is dismissed in its entirety as to all parties. The Clerk's Office is directed to close this case (JS-6).**

**IT IS SO ORDERED.**

MINUTES FORM 11                              Initials of Deputy Clerk ___cch___
CIVIL -- GEN